JONATHAN A. STIEGLITZ, ESQ.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICE OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 750
Los Angeles, California 90064
Telephone:   (323) 979-2063
Facsimile:   (323) 488-6748

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANGELA BROCK,<br><br>            Plaintiff,<br><br>    vs.<br><br>SYSTEMATIC NATIONAL COLLECTIONS, INC.<br><br>            Defendant | Case No.: 2:16-cv-00950-SVW-SS<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule

////

////

[Notice of Dismissal] - 1

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  June 17, 2016        s/Jonathan A. Stieglitz_____
Jonathan A. Stieglitz
The Law Office of Jonathan A. Stieglitz
Attorneys for Plaintiff
Angela Brock

DATED:  June 17, 2016        s/Thomas M. Buchenau_____
Thomas M. Buchenau
Attorney for Defendant SYSTEMATIC NATIONAL COLLECTIONS, INC.
LAW OFFICES
THOMAS M. BUCHENAU (S.B.N.:75976)
275 EAST DOUGLAS AVENUE, SUITE 110
EL CAJON, CALIFORNIA  92020-4547
E-mail: tom@elcajonlaw.com